UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - :

UNITED STATES OF AMERICA                :

    - v. -                              :    **ORDER**

                                              :    19 Cr. 725 (  )

LEV PARNAS, et al.,                     :

               Defendants.     :

- - - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Rebekah Donaleski and Nicolas Roos;

    It is found that the Indictment in the above-captioned action, 19 Cr. 725, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

    ORDERED that the Indictment, 19 Cr. 725, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          October 10, 2019

                                          _____
                                          THE HONORABLE ONA T. WANG
                                          UNITED STATES MAGISTRATE JUDGE

*Wheel B. J. Oetken / $10 oct 19*