UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

UNITED STATES OF AMERICA,

                Plaintiff,                NOTICE OF APPEARANCE

      —v.—                                19-CR-725 (JPO)

LEV PARNAS,

                Defendant.
————————————————————————X

      PLEASE TAKE NOTICE that Edward B. MacMahon, Jr., hereby enters notice of appearance on behalf of Defendant LEV PARNAS. I was admitted to the bar of New York State in 2013 and the Southern District of New York in 2014.

Dated:       October 22, 2019
                New York, New York

                                            Respectfully submitted,

                                            _____/S/_____
                                            Edward B. MacMahon, Jr.

                                            Edward B. MacMahon, Jr., PLC
                                            2600 Pennsylvania Avenue
                                            Suite 604
                                            Washington, D.C. 20037

                                            107 East Washington Street
                                            PO Box 25
                                            Middleburg, VA 20118
                                            (202) 775-1307
                                            ebmjr@macmahon-law.com