UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
UNITED STATES OF AMERICA,

                Plaintiff,         NOTICE OF APPEARANCE

      —v.—                        19-CR-725 (JPO)

LEV PARNAS,

                Defendant.
———————————————————————X

      PLEASE TAKE NOTICE that Joseph A. Bondy, Esq., hereby enters notice of appearance on behalf of Defendant LEV PARNAS. I was admitted to the bar of New York State on June 28, 1995, and the Southern District of New York on July 21, 1995.

Dated:      October 22, 2019
              New York, New York

                                        Respectfully submitted,

                                        _____/S/_____
                                        Joseph A. Bondy (JB-6887)
                                        Law Offices of Joseph A. Bondy
                                        1776 Broadway, Suite 2000
                                        New York, N.Y. 10019
                                        (212) 219-3572; (646) 335-3988
                                        josephbondy@mac.com