CLOSED

# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CRIMINAL DOCKET FOR CASE #: <u>1:19–mj–00443–MSN</u> All Defendants

Case title: USA v. Parnas et al

Date Filed: 10/10/2019
Date Terminated: 10/18/2019

Assigned to: Magistrate Judge Michael S. Nachmanoff

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Lev Parnas**<br>*TERMINATED: 10/18/2019* | represented by | **Edward B. MacMahon**<br>Law Offices of Edward B MacMahon Jr.<br>P.O. Box 25<br>107 East Washington Street<br>Middleburg, VA 20118<br>540–687–3902<br>Fax: 540–687–6366<br>Email: ebmjr@macmahon–law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Magistrate Judge Michael S. Nachmanoff

**<u>Defendant (2)</u>**

**Igor Fruman**
*TERMINATED: 10/18/2019*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

None

**Plaintiff**

**USA**                              represented by   **Katherine Elise Rumbaugh**
                                                      United States Attorney's Office
                                                      (Alexandria)
                                                      2100 Jamieson Avenue
                                                      Alexandria, VA 22314
                                                      **NA**
                                                      703–299–3700
                                                      Email: katherine.rumbaugh@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 10/10/2019 |   |      | Arrest of Lev Parnas, Igor Fruman in Eastern District of Virginia for the Southern District of New York. (cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 1 | 4    | Arrest Warrant Returned Executed on 10/09/19 in case as to Lev Parnas. (cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 2 | 5    | Arrest Warrant Returned Executed on 10/09/19 in case as to Igor Fruman. (cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 3 | 6    | Minute Entry for proceedings held before Magistrate Judge Michael S. Nachmanoff:Initial Appearance in Rule 5(c)(3) Proceedings as to Lev Parnas, Igor Fruman held on 10/10/2019. US appeared through: Nicholas Rose and Katherine Rumbaugh. Defendants appeared w/counsel: Thomas Zehnle and |

| | | | |
|---|---|---|---|
| | | | Kevin Downing (PHV as to this hearing). Counsel permitted to appear on behalf of both defendants and conflict as to counsel waived by defendants. Defendants informed of rights, charges and penalties. Identity hearing waived. Govt is not seeking detention. Joint recommendation as to conditions of release adopted. Defendants placed on one million dollar secured property bonds with conditions. Defendants remanded to the custody of the USMS until all conditions are met. (Tape #FTR.)(cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 4 | 7 | WAIVER of Identity Hearing by Lev Parnas (cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 5 | 8 | WAIVER of Identity Hearing by Igor Fruman (cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 6 | 9 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Michael S. Nachmanoff on 10/10/19. (cmar, ) (Entered: 10/11/2019) |
| 10/10/2019 | 7 | 12 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Michael S. Nachmanoff on 10/10/19. (cmar, ) (Entered: 10/11/2019) |
| 10/16/2019 | 8 | 15 | Secured Property Bond Bond Entered with Conditions as to Igor Fruman (lcre, ) (Entered: 10/16/2019) |
| 10/18/2019 | 9 | 20 | NOTICE OF ATTORNEY APPEARANCE: Edward B. MacMahon appearing for Lev Parnas (MacMahon, Edward) (Entered: 10/18/2019) |
| 10/18/2019 | 10 | 21 | Minute Entry for proceedings held before Magistrate Judge Theresa Carroll Buchanan: USA appeared through K. Rumbaugh. Deft's counsel E. McMahon present on behalf of deft; Deft's appearance orally waived per counsel. Bond Hearing as to Lev Parnas held on 10/18/2019. Consent Amended Order Setting Conditions of Release filed and GRANTED in open court (SEE ORDER FOR COMPLETE DETAILS). Deft remanded to the custody of the USMS to be released once ALL conditions are met. (Tape #FTR.)(tfitz, ) (Entered: 10/18/2019) |
| 10/18/2019 | 11 | 22 | Bond Entered as to Lev Parnas in amount of $ 200,000.00, Receipt # 14683081436. (Attachments: # 1 Receipt)(lcre, ) (Entered: 10/21/2019) |

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:  Rebekah Donaleski and Nicolas Roos,  212-637-2423/2421

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEV PARNAS | ) | Case No.   19 Cr. |
| | ) | |
| | ) | **19 CRIM   725** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    LEV PARNAS                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 371, 1001(a)(2), 1519, and 2 and Title 52, United States Code, Sections 30121, 30122 and 30109(d)(1)(A) & (D)).

Date:    10/09/2019

_____
*Issuing officer's signature*

City and state:    New York, New York

U.S.M.J. ONA T. WANG
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  10/09/19 , and the person was arrested on *(date)*  10/09/19 at *(city and state)*  Dulles, VA |
| Date:  10/10/19      _____   *Arresting officer's signature*   Jeffrey F. Johanus   *Printed name and title* |

USCA4  4

Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno:   Rebekah Donaleski and Nicolas Roos,   212-637-2423/2421

# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

United States of America

v.

**IGOR FRUMAN**

*Defendant*

)
)
)
)
)
)

Case No.   19 Cr.

**19 CRIM 725**

FILED

I 0 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:     Any authorized law enforcement officer

> **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
> *(name of person to be arrested)*    IGOR FRUMAN
> who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

> Title 18, United States Code, Sections 371, 1001(a)(2), 1519, and 2 and Title 52, United States Code, Sections 30121, 30122 and 30109(d)(1)(A) & (D)).

Date:    10/09/2019

                                                 *Issuing officer's signature*

City and state:    New York, New York

                                 U.S.M.J. ONA T. WANG
                                  *Printed name and title*

| Return |
|--------|
| This warrant was received on *(date)*   10/09/2019   and the person was arrested on *(date)*   10/09/19 <br> at *(city and state)*   Dulles, VA <br><br> Date:   10/10/19                               *Arresting officer's signature* <br><br>              Jeffrey F. Johanne <br>                    *Printed name and title* |

UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

SDNY 1:19cr725

UNITED STATES

vs. Igor Fruman

Lev Parnas

**DEFENDANT(S)**

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 19m-443
HEARING: R5
DATE: 10/10/19
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Nicholas Rose + Katherine Rumbaugh
COUNSEL FOR DEFENDANT: Thomas Zehnle + Kevin Downing
INTERPRETER: _____ LANGUAGE: (PHV as to this
(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED
hearing)

(X) RULE 5 ADVISEMENT                          ( ) DEFT. ADMITS VIOLATION
( ) COURT TO APPOINT COUNSEL                   ( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT. TO RETAIN COUNSEL                    ( ) DEFT CONTINUED ON PROBATION
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
(X) GOVT NOT SEEKING DETENTION
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS      ( ) DEFT CONTINUED ON BOND
(X) DEFT. (X) REMANDED

**CONDITIONS OF RELEASE:**
($      ) UNSECURED ($      ) SECURED ( ) PTS ( ) 3ᴿᴰ PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____

Counsel permitted to appear on behalf
of both parties and conflict as to
counsel waived by defendants
Identity hearing waived.
Pt recommendation as to conditions
of release adopted. Defts placed on
one million dollar secured property
( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED
bonds w/ conditions.
NEXT APPEARANCE:_____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) IDENTITY ( ) OTHER JUDGE_____
( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY Defts remanded until conditions
are met.
( ) RELEASE ORDER GIVEN TO USMS

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:19mj443 |
| Lev Parnas | ) | |
| Defendant | ) | Charging District's Case No. |
| | ) | 1:19cr725 |

**F I L E**

**I 0 2019**

**CLERK, U.S. DISTRICT COURT**
**ALEXANDRIA, VIRGINIA**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Lev Parnas Southern District of New York

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/10/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:19mj443 |
| Igor Fruman | ) | |
| _____ | ) | Charging District's Case No. |
| Defendant | ) | 1:19cr725 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of New York.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/10/2019

                                _____
                                            *Defendant's signature*

                                _____
                               *Signature of defendant's attorney*

                      Kevin Downing
                           *Printed name of defendant's attorney*

F I L E D

0 0 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AO 199A (Rev. 6/97) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

F I L E D

OCT 10

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America

v.

_Lev Parnas_
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 19 mj 443

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _United States District Court_

_Southern District of New York_ 401 Courthouse Sq., Alexandria, VA on _10/17/19 @ 3:30 pm_
Place

Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____

                         Custodian                                                Date

(☒)  (7)  The defendant must:

(☒)  (a)  report on a regular basis to the following agency:  **Pretrial Services**

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

(☒)  (d)  surrender any passport to:  ~~Pretrial~~

(☒)  (e)  not obtain a passport or other international travel document.

( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel:  **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.**

(☒)  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: no contact w/each other as to the case unless in the presence of counsel

(☒)  (h)  ~~get medical or psychiatric treatment:~~ travel restricted to the SDFL and SDNY - can only travel w/ prior approval by pretrial

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(☒)  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

    ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

    ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

    (☒)  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. (residence to be approved.

(☒)  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. Active GPS

    ( ☐ )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☒)  (s)  One million dollar secured property bond with a financially responsible person to sign and an additional co-signer for moral suasion.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*                        *Telephone Number*

### Directions to the United States Marshal

(☐) The defendant is ORDERED released after processing.

(☑) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____10/10/19_____

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

# UNITED STATES DISTRICT COURT

**Eastern** District of **Virginia**

United States of America

v.

Igor Fruman
_____
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

FILED

1 0 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case Number: 19 mj 443

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____ United States District Court _____

Southern District of New York

401 Courthouse Sq., Alexandria, VA   on   10/17/19 @ 3:30pm

Place

Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($ _____ )

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

USCA4  12

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____

*Custodian*    *Date*

( ☒ )  (7)  The defendant must:

( ☒ )  (a)  report on a regular basis to the following agency: **Pretrial Services**

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☒ )  (d)  surrender any passport to: *Pretrial*

( ☒ )  (e)  not obtain a passport or other international travel document.

( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel:   **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.**

( ☒ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *No contact w/ each other as to the case unless in the presence of counsel*

( ☒ )  (h)  ~~get medical or psychiatric treatment:~~ *travel restricted to the SDNY and SDNY - can only travel w/ prior approval by Pretrial*

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☒ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

  ( ☐ ) (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

  ( ☐ ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

  ( ☒ ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. *residence to be approved.*

( ☒ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. *Active GPS*

  ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ )  (s)  *One million dollar secured property bond with a financially responsible person to sign and an additional co-signer for moral suasion*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____        _____
*City and State*        *Telephone Number*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___10/10/19___         /s/ _____
                        Michael S. Nachmanoff
                        United States Magistrate Judge
                        *Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 199A (Rev. 6/97) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT

<u>Eastern</u>     **District of**     <u>Virginia</u>

F I L E D

OCT 1 0

**CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA**

United States of America

## ORDER SETTING CONDITIONS
## OF RELEASE

v.

Igor Fruman

_____
Defendant

Case Number: 19 mj 443

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) <u>United States District Court</u>

Southern District     <s>401 Courthouse Sq., Alexandria, VA</s>   on   10/17/19 @ 3:30pm Place
Of New York     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL     SERVICES     U.S. ATTORNEY     U.S. MARSHAL

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
Custodian                                    Date

(☒) (7)  The defendant must:
- (☒) (a)  report on a regular basis to the following agency: **Pretrial Services**
- ( ☐ ) (b)  continue or actively seek employment.
- ( ☐ ) (c)  continue or start an education program.
- (☒) (d)  surrender any passport to: *Pretrial*
- (☒) (e)  not obtain a passport or other international travel document.
- ( ☐ ) (f)  abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C.** **metropolitan area without prior approval of Pretrial Services or the Court.**
- (☒) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *No contact w/ each other as to the case unless in the prescence of counsel*
- (☒) (h)  ~~get medical or psychiatric treatment:~~ *travel restricted to the SDFL and SDNY - can only travel w/ prior approval by pretrial*
- ( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

- ( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ☐ ) (k)  not possess a firearm, destructive device, or other weapon.
- ( ☐ ) (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
- ( ☐ ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ☐ ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ☐ ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- (☒) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
    - ( ☐ ) (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    - ( ☐ ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    - (☒) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. *residence to be approved.*
- (☒) (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. *Active GPS*
    - ( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

- ( ☐ ) (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- (☒) (s)  *One million dollar secured property bond with a financially responsible person to sign and an additional co-signer for moral suasion*

AO 199C (Rev. 09/08) Advice of Penalties

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Sonny Igbo Bevel, FL        516 851 7656
*City and State*                              *Telephone Number*

## Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____10/10/19_____

/s/
Michael S. Nachmanoff
United States Magistrate Judge
_____
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  19-MJ-443 |
| Igor Fruman | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Igor Fruman _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;
( X )     if convicted, to surrender to serve a sentence that the court may impose; or
( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(     ) (1)  This is a personal recognizance bond.

(     ) (2)  This is an unsecured bond of $ _____ .

( X ) (3)  This is a secured bond of $ _____*1,000,000*_____ , secured by:

  (     ) (a) $ _____ , in cash deposited with the court.

  ( X ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property
  *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
  18911 Collins Avenue, Unit 3101, Sunny Isles Beach, Florida 33160

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (     ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)   all owners of the property securing this appearance bond are included on the bond;
(2)   the property is not subject to claims, except as described above; and
(3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _10/16/2019_           _____
                                         *Defendant's signature*

_____       _____
      *Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____       _____
      *Surety/property owner – printed name*          *Surety/property owner – signature and date*

_____       _____
      *Surety/property owner – printed name*          *Surety/property owner – signature and date*

### CLERK OF COURT

Date: _10/16/2019_           _____
                                         *Signature of Clerk or Deputy Clerk*

Approved.

Date: _10/16/2019_           _____
                                         *Judge's signature*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-mj-00443 |
| Lev Parnas | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lev Parnas

Date:   October 18, 2019

*Edward B. MacMahon, Jr.*

*Attorney's signature*

Edward B. MacMahon, Jr.  Bar #: 25432

*Printed name and bar number*

EDWARD B. MACMAHON, JR., PLC
P.O. BOX 25
MIDDLEBURG, VA 20118

*Address*

ebmjr@macmahon-law.com

*E-mail address*

540-687-3902

*Telephone number*

540-687-6366

*FAX number*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARROLL BUCHANAN</u>

UNITED STATES OF AMERICA

-VS-

_Lev Parnas_

HEARING: _Bond Hearing_ CASE #: _19mJ443_

DATE: _10/18/19_   TIME: _2:00pm_

TYPE: <u>FTR RECORDER</u>   DEPUTY CLERK: <u>T. FITZGERALD</u>

COUNSEL FOR THE UNITED STATES: _K. Rumbaugh_

COUNSEL FOR THE DEFENDANT: _E. McMahon_

INTERPRETER: _____  LANGUAGE: _____

(   ) DEFENDANT APPEARED:   (   ) WITH COUNSEL     (   ) WITHOUT COUNSEL

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT #_____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: _Deft. waived his appearance (orally) per counsel. Consent Amended Order Setting Conditions of Release filed and Granted in open court._

CONDITIONS OF RELEASE: _(See Order for Complete Details)_
($   ) UNSECURED ($   ) SECURED (   ) PTS (   ) 3rd PARTY (   ) TRAVEL RESTRICTED •
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS _to be released once ALL conditions are met._
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DHE (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS

USCA4 21



AO 199A (Rev. 6/97) Order Setting Conditions of Release

Page 1 of 2 Pages

# UNITED STATES DISTRICT COURT

_Eastern_ **District of** _Virginia_

United States of America

v.

Lev Parnas

_Defendant_

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 19 mj 443

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _United States District Court_

Southern District of New York ~~401 Courthouse Sq., Alexandria, VA~~ _Place_ on _10/17/19 @ 3:30 pm_ _Date and Time_

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL  SERVICES  U.S. ATTORNEY  U.S. MARSHAL

USCA4  22

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address (only if above is an organization) _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____

*Custodian*                    *Date*

(☒) (7) The defendant must:

(☒) (a) report on a regular basis to the following agency: **Pretrial Services**

(☐) (b) continue or actively seek employment.

(☐) (c) continue or start an education program.

(☒) (d) surrender any passport to: Pretrial

(☒) (e) not obtain a passport or other international travel document.

(☐) (f) abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C. metropolitan area without prior approval of Pretrial Services or the Court.**

(☒) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: No contact w/each other as to the case unless in the presence of counsel

(☒) (h) ~~get medical or psychiatric treatment~~ travel restricted to the SDFL and SDNY - can only travel w/ prior approval by pretrial

(☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:

(☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(☐) (k) not possess a firearm, destructive device, or other weapon.

(☐) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

(☐) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(☐) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(☒) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

    (☐) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

    (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

    (☒) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court. (residence to be approved.)

(☒) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. Active GPS

    (☐) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

(☐) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☒) (s) One million dollar secured property bond with a financially responsible person to sign and an additional co-signer for moral suasion.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Boca Raton FL.                    310-849-9856
_____
City and State                    Telephone Number

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☑ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____ 10/10/19 _____          /s/ _____
                                          Michael S. Nachmanoff
                                          United States Magistrate Judge
                                          _____
                                          Judicial Officer's Signature

                                          _____
                                          Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:19-mj-443 |
| Lev Parnas | ) | |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Lev Parnas _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )      to appear for court proceedings;

( X )      if convicted, to surrender to serve a sentence that the court may impose; or

( X )      to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ _1,000,000.00_____ , secured by:

     ( X )   (a)   $ _200,000.00_____ , in cash deposited with the court.

     (   )   (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

         If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   )   (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _10/18/2019_

_Svetlana Parnas_
Surety/property owner – printed name

_Aaron Parnas_
Surety/property owner – printed name

_____
Surety/property owner – printed name

_____
*Defendant's signature*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – signature and date*

### CLERK OF COURT

Date: _10/18/2019_

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _10/18/2019_

_____
*Judge's signature*

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)


Date:
10/18/2019


_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date


_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date


_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

     v.

LEV PARNAS,

       *Defendant.*

Case No. 1:19-MJ-443

## CONSENT AMENDED ORDER SETTING CONDITIONS OF RELEASE

This matter came before the Court on a Consent Motion to Amend the Order Setting Conditions of Release as to defendant Lev Parnas. It appearing to the Court that the parties have consented to the entry of this order, and that this Amended Order is otherwise proper, it is hereby ORDERED as follows:

On October 10, 2019, this Court entered an Order (ECF No. 6) setting forth conditions of release as to defendant Lev Parnas. On October 18, 2019, the United States and the defendant entered into an agreement allowing for the modifications of the terms of that Order. Those amended terms are set forth below and are made a part of this Order:

1.    Mrs. Svetlana Parnas will provide certain bank records to the United States which records have already been produced.

2.    Mr. Parnas will complete, within seven (7) days of his release from custody, a financial affidavit which form has already been produced by the United States.

3.    Mr. Parnas will execute an appearance bond in the amount of $1,000,000.00 to secure his attendance at all proceedings in this case and to surrender to serve any sentence that may be imposed.

4.　That appearance bond will be additionally secured by the endorsement and guaranty of Mrs. Svetlana Parnas and Mr. Aaron Parnas which must be executed before Mr. Parnas' release. Mr. Parnas is also required to secure guarantees for the appearance bond from three additional persons who are not related to any co-defendant in this case and which should be approved by Pretrial Services.　Those additional guarantees must be executed within seven (7) days of Mr. Parnas' release.

5.　The appearance bond will also be secured by a cash deposit of $200,000.00 which shall be delivered to the Clerk of Court before Mr. Parnas is released.　That deposit shall be made by certified or cashier's check made payable to the Clerk of Court, United States District Court for the Eastern District of Virginia.

6.　Mr. Parnas will be required to arrange for GPS monitoring prior to his release and agrees to home detention in his home in the Southern District of Florida and can leave his home only for legal and medical purposes with prior notice to Pretrial Services in the Southern District of Florida.

7.　Mr. Parnas' legal travel will be allowed to the Southern District of New York, the Southern District of Florida, the Eastern District of Virginia and the District of Columbia all with prior notice to Pretrial Services in the Southern District of Florida.

8.　Mr. Parnas will surrender any passport he possesses and agrees to make no applications for new passports.

9.　Mr. Parnas will have no contact with any co-defendants in this case outside the presence of counsel.

10.　All conditions set forth in the prior Order Setting Conditions of Release not modified by this Order remain unchanged and in full force and effect.

2

/s/
**Theresa Carroll Buchanan**
ENTERED THIS ____ DAY OF OCTOBER, 2019. **United States Magistrate Judge**

for MSN

The Hon. Michael S. Nachmanoff
United States Magistrate Judge

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

Edward B. MacMahon, Jr.
EDWARD B. MACMAHON, JR., PLC
P.O. Box 25
Middleburg, Virginia 20118
540-687-3902 (Phone)
540-687-6366 (Fax)
ebmjr@macmahon-law.com
Counsel for Lev Parnas

Katherine E. Rumbaugh
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700 (Phone)
(703) 299-2980 (Fax)
katherine.rumbaugh@usdoj.gov

3

Court Name: United States District Court
Division: 1
Receipt Number: 14683081436
Cashier ID: rbroaden
Transaction Date: 10/18/2019
Payer Name: LEV PARNAS

TREASURY REGISTRY
 For: LEV PARNAS
 Case/Party: D-VAE-1-19-MJ-000443-001
 Amount:          $200,000.00

CHECK
 Remitter: SVETLANA PARNAS
 Check/Money Order Num: 5301186434
 Amt Tendered: $200,000.00

Total Due:       $200,000.00
Total Tendered: $200,000.00
Change Amt:      $0.00

119MJ443
LEV PARNAS
CASH BOND