UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA,

                                                     1:19-CR-00725-JPO-1

    -against-                                ORDER

Lev Parnas,

        Defendant.
---------------------------------------------------X

    J. Paul Oetken, United States District Judge:

    It is hereby ORDERED that the defendant's bail is modified to include: Surrender firearms and firearm permit to the local authorities, or otherwise directed by Pretrial Services, and provide proof of such.

Dated: New York, New York
       November 7, 2019

                                                          SO ORDERED:

                                                          J. PAUL OETKEN
                                                          United States District Judge