UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LEV PARNAS,

Defendant.

---

19-CR-725 (JPO)

ORDER

Defendant Lev Parnas was released on bail in this case, after signing a $1 million appearance bond secured by $200,000 in cash.  (Dkt. No. 22.)

On November 1, 2019, a writ of garnishment was served on the Clerk of Court for the Southern District of New York by a judgment creditor in a Florida civil case.  The writ of garnishment was issued by the Clerk of Court for the Southern District of Florida in *Pues Family Trust IRA, Michael Pues, Ex'r, v. Parnas Holdings, Inc. & Lev Parnas* (19-MC-80024 S.D. Fla.).  It seeks to attach the $200,000 in funds posted by Defendant Parnas.

It is hereby ORDERED that, in light of the writ of attachment, the Clerk of Court shall not release the funds posted by or on behalf of Defendant Parnas in this matter absent further order of this Court.

SO ORDERED.

Dated: November 13, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge