UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

UNTED STATES OF AMERICA,

                  Plaintiff,                  NOTICE OF CHANGE OF ADDRESS

       —v.—                              19-cr-725 (JPO)

LEV PARNAS, et. al.,

                  Defendants.
———————————————————————X

    NOTICE IS HEREBY GIVEN THAT Joseph A. Bondy, Esq., has changed his business address to The Law Offices of Joseph A. Bondy, 1776 Broadway, Suite 2000, New York, NY 10019, effective immediately.

Dated:      November 20, 2019
                New York, New York

                                    Respectfully submitted,

                                    _____/S/_____
                                    Joseph A. Bondy (JB-6887)
                                    The Law Offices of Joseph A. Bondy
                                    1776 Broadway
                                    Suite 2000
                                    New York, N.Y. 10019
                                    (212) 219-3572; (646) 335-3988
                                    josephbondy@mac.com