UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LEV PARNAS,

Defendant.

---

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A bail review hearing for Defendant Lev Parnas will be held on December 17, 2019, at 12:15 p.m. in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

In anticipation of that hearing, counsel for Defendant Lev Parnas is directed to file a response to the Government's letter dated December 11, 2019, on or before December 16, 2019, at 12:00 p.m.

SO ORDERED.

Dated: December 12, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge