# The Law Offices Of
# Joseph A. Bondy

Joseph A. Bondy

Stephanie Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

December 20, 2019

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

Attached are the exhibits and records relied upon by Mr. Parnas at Tuesday's bail review hearing, redacted for addresses and account information only.

To protect the privacy interests of Mr. and Mrs. Parnas, including, *inter alia*, where they shop, eat, and send their children to school, we respectfully propose redaction of all transaction information except for the transactions that were of issue at the hearing—namely, five incoming $200,000 wire transfers (the loan transfers from Attorney Ralph Oswld Isenegger ) to Mrs. Parnas' Suntrust Account, two outgoing $100,000 wire transfers (payments into escrow as deposit on real property), approximately $70,000 in payments toward private air travel, and the $200,000 check paid for purposes of securing Mr. Parnas' bail. We would leave the monthly starting and ending balance information unreacted, as well.

Thank you for consideration of this request.

Granted.  Defendant's counsel is directed to file on ECF the exhibits with the proposed redactions.
 So ordered:  12/20/19

Respectfully submitted,
_____/S/_____
Joseph A. Bondy
*Co-counsel to Lev Parnas*

_____
J. Paul Oetken
United States District Judge