# The Law Offices Of
# Joseph A. Bondy

Joseph A. Bondy

Stephanie Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

December 20, 2019

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: United States v. Lev Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

Attached are the exhibits and records relied upon by Mr. Parnas at Tuesday's bail review hearing.

To protect the privacy interests of Mr. and Mrs. Parnas, the banking records have been redacted to remove home addresses and account numbers, and to show only the transactions that were of issue at the hearing—namely, five incoming $200,000 wire transfers (the loan transfers from Attorney Ralph Oswald Isenegger ) to Mrs. Parnas' SunTrust Account, two outgoing $100,000 wire transfers (payments into escrow as deposit on real property), over $70,000 in payments toward private air travel, and the $200,000 payment by Mrs. Parnas for purposes of securing Mr. Parnas' bail on October 18, 2019. We have also left the monthly starting and ending balance information unreacted.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Co-counsel to Lev Parnas*

c:	AUSAS Zolkind, Donaleski and Roos