SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
63/B16/0175/0/40

08/27/2019

# SunTrust

## Account Statement

SVETLANA M PARNAS

Questions? Please call
1-800-786-8787

Keep your SunTrust Accounts safer. Use unique usernames and passwords for your online bank accounts. It's best not to recycle the same username and password on multiple websites where you have an online profile - especially your financial accounts. Also, try to avoid characters from your email, phone number, birthdate or other personal information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | | 07/27/2019 - 08/27/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.76 | | |
| Ending Balance | $81,950.17 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 07/27 | | Beginning Balance | | | .76 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
63/B16/0175/0/40

08/27/2019

# Account Statement

## SunTrust

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 08/27 | | Ending Balance | | | 81,950.17 |
| | | **Credit and Debit Totals** | $105,053.10 | $23,103.69 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Overdraft & Returned Item Fees Summary

| | Total for this period | Total for year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/27 | .76 | .76 | 08/27 | 81,950.17 | 81,950.17 |

Activate your personalized SunTrust Deals in Online or Mobile Banking! Earn up to 10% cash back when you shop at select retailers with your SunTrust debit or credit card. Simply log in, activate your favorite deals, shop and get cash back. Learn more at suntrust.com/suntrustdeals.

Good news! Interest rates are being discounted by 0.50% for new Custom Choice private student loan applications! Hurry - promotion ends August 31! Suntrust.com/summersavings.

149020                                Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230 5183

Page 1 of 6
63/B16/0175/0/40

09/25/2019

# Account Statement

## SUNTRUST

SVETLANA M PARNAS

Questions? Please call
1-800-786-8787

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | ESSENTIAL CHECKING | | 08/28/2019 - 09/25/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $81,950.17 | | |
| Ending Balance | $618,431.66 | | |

| Overdraft Protection | Account Number | Protected By |
|---|---|---|
| | | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 81,950.17 |
| 09/03 | | Incoming Fedwire Cr Trn #011321 | 200,000.00 | | |
| 09/03 | | Check Card Purchase TR DATE 08/30 Sq *Sq *Access Jet Gro Boca Raton  Fl | | 29,000.00 | |
| 09/03 | | Check Card Purchase TR DATE 08/30 Sq *Sq *Access Jet Gro Boca Raton  Fl | | 11,555.00 | |
| 09/04 | | Incoming Fedwire Cr Trn #006247 | 200,000.00 | | |
| 09/04 | | Check Card Purchase TR DATE 09/03 Sq *Sq *Access Jet Gro Miami  Fl | | 30,000.00 | |
| 09/05 | | Check Card Purchase TR DATE 09/04 Sq *Sq *Access Jet Gro Boca Raton  Fl | | 5,824.04 | |

130161                                    Member FDIC                                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 6
63/B16/0175/0/40

09/25/2019

**SunTrust**

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| | | Global Cash Access Fort Lauderdal Fishna04 | | | |
| 09/09 | | Outgoing Fedwire Dr Trn #014087 | | 100,000.00 | |

130162   Member FDIC   Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 6
63/B16/0175/0/40

09/25/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|------|---------|--------------------------------|------------------|---------------------|-----------------|
| 09/10 | | Incoming Fedwire Cr Trn #004466 | 200,000.00 | | |
| 09/13 | | Incoming Fedwire Cr Trn #004142 | 200,000.00 | | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 6
63/B16/0175/0/40

09/25/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 09/23 | | Incoming Fedwire Cr Trn #003648 | 200,000.00 | | |
| 09/23 | | Check Card Purchase TR DATE 09/21 Int*in *Element Aviati 424-6668937 Fl | | 15,484.30 | |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 6
63/B16/0175/0/40

09/25/2019

# SUNTRUST

# Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 09/23 | | Outgoing Fedwire Dr Trn #017035 | | 100,000.00 | |
| 09/24 | | Check Card Purchase TR DATE 09/23 Int*in *Element Aviati 424-6668937 Fl | | 17,576.00 | |
| 09/25 | | **Ending Balance** | | | 618,431.66 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Overdraft & Returned Item Fees Summary

| | Total for this period | Total for year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/28 | 71,684.53 | 71,684.53 | | | |

130165

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 6 of 6
63/B16/0175/0/40

09/25/2019

# Account Statement

# SUNTRUST

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | | | | 09/25 | 618,431.66 | 618,431.66 |

130166

Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
63/B16/0175/0/40

10/28/2019

# SunTrust

## Account Statement

SVETLANA M PARNAS

Questions? Please call
1-800-786-8787

Use your SunTrust Mastercard for qualifying purchases from 9/15 to 11/15/19 and you could be surprised with a trip for two to London, Paris, Madrid or Milan. No purchase necessary. Void where prohibited. U.S. res, 18+ before 9/15/19. PIN-based debit, Int'l & corp. transactions ineligible. Card must be opened by 9/15/19. Ends 11/15/19. Restrictions apply. See pricelesssurprises.com/suntrustCOF for details.

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING |  | 09/26/2019 - 10/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $618,431.66 |  |  |
| Ending Balance | $227,645.47 |  |  |

### Overdraft Protection

| Account Number | Protected By |
|---|---|
|  | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 09/26 |  | Beginning Balance |  |  | 618,431.66 |

154649

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
63/B16/0175/0/40

10/28/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|------|---------|--------------------------------|------------------|--------------------|-----------------|
| 10/04 | | Check Card Purchase TR DATE 10/03 Int*in *Element Aviati 424-6668937 FI | | | 19,283.47 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 5
63/B16/0175/0/40

10/28/2019

# SUNTRUST

# Account Statement

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|
| 10/09 | | Check Card Purchase TR DATE 10/08 Int*in *Element Aviati 424-6668937 FI | | 15,161.69 | |
| 10/18 | | Over-The-Counter Withdrawal | | 200,000.00 | |
| 10/21 | | Check Card Purchase TR DATE 10/18 Int*in *Element Aviati 424-6668937 FI | | 15,780.94 | |

154651

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 5
63/B16/0175/0/40

10/28/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 5 of 5
63/B16/0175/0/40

10/28/2019

# Account Statement

## SunTrust

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|------|---------|--------------------------------|-------------------|---------------------|-----------------|
| 10/28 |  | **Ending Balance** |  |  | 227,645.47 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Overdraft & Returned Item Fees Summary

|  | Total for this period | Total for year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|------|---------|-------------------|------|---------|-------------------|
| 09/26 | 612,007.13 | 612,007.13 |  |  |  |
|  |  |  | 10/28 | 227,645.47 | 227,645.47 |

Paying for college? Know your options.
In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
Visit suntrust.com/studentloans to learn more.

The threat of identity theft is real. SunTrust wants to help protect your journey to financial confidence with IDnotify credit monitoring from Experian. Visit suntrust.com/IDnotify to find out how you can enroll in this premium service at no cost to you.
IDnotify is a registered trademark of CSID, an Experian company.

154653                                          Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 4
63/B16/0175/0/40

11/25/2019

# SunTrust

## Account Statement

SVETLANA M PARNAS

Questions? Please call
1-800-786-8787

> Paying for college? Know your options.
> In addition to private student loans, SunTrust offers tools & resources to help you plan for college costs.
> Visit suntrust.com/studentloans to learn more.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ESSENTIAL CHECKING | | 10/29/2019 - 11/25/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $227,645.47 | | |
| Ending Balance | $94,833.87 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 10/29 | | Beginning Balance | | | 227,645.47 |

144324

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 4
63/B16/0175/0/40

11/25/2019

# Account Statement

**SunTrust**

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/ Credits | Withdrawals/ Debits | Current Balance |
|---|---|---|---|---|---|

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 4
63/B16/0175/0/40

11/25/2019

# Account Statement

**SunTrust**

## Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|------|---------|--------------------------------|------------------|--------------------|-----------------|

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 4 of 4
63/B16/0175/0/40

11/25/2019

# SunTrust

## Account Statement

### Transaction History

| Date | Check # | Transaction Description Details | Deposits/Credits | Withdrawals/Debits | Current Balance |
|---|---|---|---|---|---|
| 11/25 | | **Ending Balance** | | | 94,833.87 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.
For more information, including details related to fees and balances, please sign on to Online Banking.

### Overdraft & Returned Item Fees Summary

| | Total for this period | Total for year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $36.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/29 | 226,785.90 | 226,785.90 | | | |
| | | | 11/25 | 94,833.87 | 94,833.87 |

The threat of identity theft is real.
SunTrust wants to help protect your journey to financial confidence with IDnotify credit monitoring from Experian.
Visit suntrust.com/IDnotify to find out how you can enroll in this premium service at no cost to you.
IDnotify is a registered trademark of CSID, an Experian company.

144327                                                 Member FDIC