

October 30, 2019

Lev and Svetlana Parnas

Dear Lev and Svetlana:

As part of our annual business plan review, we have conducted an analysis in an effort to focus the future direction of this accounting practice.

Accordingly, we have reviewed our clients' needs to determine how each client fits in with the future direction of the practice.

After careful consideration, we have decided that we will be unable to provide tax preparation services to you as your accountants. This termination date is effective immediately. We are hopeful that you will understand this action to control the direction of the practice.

We recommend that you gather your documentation and engage another accounting firm as soon as possible in order to complete your return in a timely manner. With your permission, we will be pleased to forward any copies of any previous years' tax returns or tax documents to your new CPA firm. We do not have any original tax documents in our possession. If you would like us to send you a tax organizer to assist you with gathering your tax information for your new CPA firm, please let us know.

We would like to thank you for your business in the past, and we look forward to helping you make a smooth transition to your new accountants.

Sincerely,

*Michael Daszkal*

Michael I. Daszkal, CPA
Daszkal Bolton LLP

Daszkal Bolton LLP  |  561.367.1040  |  dbllp.com
2401 NW Boca Raton Boulevard | Boca Raton | Florida 33431-6632
490 Sawgrass Corporate Parkway, Suite 200 | Sunrise | Florida 33325-6252
4455 Military Trail, Suite 201 | Jupiter | Florida 33458-4828