UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

UNITED STATES OF AMERICA,

                Plaintiff,                NOTICE OF APPEARANCE

        —v.—                              19-CR-725 (JPO)

LEV PARNAS,

                Defendant.
———————————————————————X

PLEASE TAKE NOTICE that Stephanie R. Schuman, Esq., hereby enters notice of appearance as co-counsel to Defendant LEV PARNAS. I was admitted to the bar of New York State on November 20, 2017, and the Southern District of New York on July 10, 2018.

Dated:      January 11, 2020
              New York, New York

                                              Respectfully submitted,

                                              _____/S/_____
                                              Stephanie R. Schuman (SS-8517)
                                              *Of Counsel*
                                              Law Offices of Joseph A. Bondy
                                              1776 Broadway, Suite 2000
                                              New York, N.Y. 10019
                                              (212) 219-3572
                                              stephanie@leaflegalpc.com