UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 19-CR-725 (JPO) |
| LEV PARNAS, <br> IGOR FRUMAN, <br> DAVID CORREIA, and <br> ANDREY KUKUSHKIN, <br>                   Defendants. | ORDER |

J. PAUL OETKEN, District Judge:

As previously scheduled, a pretrial conference in this case will be held on February 3, 2020, at 2:00 p.m. The conference will be held in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

All Defendants are directed to appear with their counsel. The parties are directed to confer prior to the conference and shall be prepared to address potential trial dates at the conference.

SO ORDERED.

Dated: January 27, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge