# The Law Offices Of
# Joseph A. Bondy

Joseph A. Bondy

Stephanie Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456
josephbondy@mac.com

January 17, 2019

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

Mr. Parnas respectfully requests a third modification of the Protective Order governing discovery to allow him to produce the following additional items to the United States House of Representatives' Permanent Select Committee on Intelligence (HPSCI):

(1) Materials produced by Apple, Inc. from the defendant's iCloud account in response to a October 21, 2019 warrant, stamped USAO_LP_00000021—USAO_LP_00000031;

Review of these items is essential to the Committee's ability to corroborate the strength of Mr. Parnas's potential testimony.

***The Government objects to Mr. Parnas producing these materials to HPSCI.***

Thank you for consideration of this application.

>Respectfully submitted,
>
>_____/S/____
>Joseph A. Bondy
>*Counsel to Lev Parnas*

c:   All Counsel