UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEV PARNAS,
IGOR FRUMAN,
DAVID CORREIA, and
ANDREY KUKUSHKIN,
                Defendants.

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In advance of the February 3 conference, the Court will hold a conference with counsel for the parties to address Defendant Parnas's third request for a modification of the protective order and the issues raised in the parties' letters at Docket Numbers 79–85.

    The conference will be held Thursday, January 30, 2020, at 2:30 p.m., in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. Defendants may waive their personal appearances for this conference.

    SO ORDERED.

Dated: January 28, 2020
       New York, New York

                                      J. PAUL OETKEN
                              United States District Judge