**From:** **Mannering, Amy (Schumer)** Amy_Mannering@schumer.senate.gov
**Subject:** Impeachment Trial Tickets
**Date:** January 28, 2020 at 1:33 PM
**To:** josephbondy@mac.com
**Cc:** stephanie@leaflegalpc.com



Mr. Bondy,

I have received your request for tickets to the trial for yourself, Ms. Schuman and Mr. Parnas.  We are able to accommodate your request for Wednesday, January 29th from 12:30 to 2:45 PM.  Tickets are provided on a temporary basis and will need to be returned to our office after the time we have allotted for you.

Our office is located in Room 322 of the Hart Senate Office Building.  Please plan on stopping in between noon and  12:15 PM tomorrow to sign for and pick-up your tickets.

Due to Senate Rules, we are asking guests to leave their electronic devices behind in the office as they are not allowed in the gallery during the trial.  We will provide sealed envelopes to do so.

For your reference, I have included below the Rules of the Senate's Public Galleries.

### RULES OF THE SENATE'S PUBLIC GALLERIES

- *The following are <u>not allowed</u> in the Galleries: packages, bundles, suitcases, briefcases, cameras, electronics (includes, but not limited to, cell phones and cell phone accessories, remote car keys, smart watches, fitbits, extra batteries, bluetooth connected devices), aerosol/non-aerosol sprays, pointed objects, food or beverages.*
- *No one in the Gallery is permitted to applaud, or commit any other type of demonstration of approval or disapproval either by sight or sound.*
- *Standing or sitting in the doorways and aisles, reading, taking notes, sleeping, taking photographs, and wearing hats (except for religious purposes) are all prohibited in the Galleries. No objects may be placed on the railings. Visitors are prohibited from leaning forward over the railings or placing their hands thereon.*
- *All guests must be seated while in the Galleries.*
- *Silence is required in the hallways surrounding the Senate Galleries.*
- *Any disturbance or infraction of these rules is justification for expulsion from the Galleries and possible enforcement action by the United States Capitol Police.*

If you have any questions or concerns, please do not hesitate to ask.
Best,
Amy

_____

**Amy L. Mannering**
Director of Operations
CHARLES E. SCHUMER
United States Senate Democratic Leader
Office: (202) 224-1148