UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEV PARNAS, IGOR FRUMAN,
DAVID CORREIA,
ANDREY KUKUSHKIN,

                     Defendants.

19-CR-725 (JPO)

ORDER

On October 8, 2020, the Court held a telephonic conference regarding scheduling in this case. As ordered at the conference, the following schedule is adopted:

| | |
|---|---|
| Pretrial conference: | November 30, 2020 (2:00 p.m.) |
| Defendants' motions: | December 1, 2020 |
| Government's response: | December 23, 2020 |
| Defendants' replies: | January 15, 2021 |
| Jury trial: | March 1, 2021 |

By January 29, 2021, the parties shall, after conferring, file a proposed schedule for any remaining pretrial filing and disclosure deadlines; if they are unable to agree on a schedule, the parties shall submit a joint letter by the same date addressing the disputed issues and the parties' proposals.

Without objection, the Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through March 1, 2021, finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.

    SO ORDERED.

Dated: October 8, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge