The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

October 30, 2020

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: United States v. Lev Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

Lev Parnas respectfully requests modification of his pre-trial release, to allow him to travel to his local polling place on November 3, 2020, in the company of his two sons, Aaron and Daniel, to vote.

*I have communicated with the Government and Pre-Trial Services, and neither object to this request.*

Thank you in advance for consideration of this application.

Respectfully submitted,

*Joseph A. Bondy*
Joseph A. Bondy

cc:   All Counsel (PACER)
      USPTOs Joshua Rothman
      Justin Brownlee (e-mail)

Granted.
So ordered.
October 30, 2020

J. PAUL OETKEN
United States District Judge