

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Lev Parnas, et al.*, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

      At the December 1, 2020 conference, the Court adjourned the March 1, 2021 trial date *sine die*, and directed the parties to confer regarding a proposed trial date, which the parties have now done. The defense requests a trial date in October 2021. The Government believes that it would be feasible and appropriate to schedule a trial after July 1, 2021, which would be over six months since the first rollout of a vaccine and would permit the trial to be scheduled in the third quarter of 2021, *i.e.*, between July and September 2021.

      The Government further requests that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between March 1, 2021, and the new trial date, in order to allow the defense to review discovery and prepare for trial.

December 3, 2020
Page 2

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney for the
                                      Southern District of New York

                                      By: /s/
                                          Douglas Zolkind
                                          Rebekah Donaleski
                                          Nicolas Roos
                                          Assistant United States Attorneys
                                          (212) 637-2418/2423/2421

cc: All counsel of record (via ECF)