UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
UNITED STATES OF AMERICA,

        Plaintiff,

—Against—

LEV PARNAS,

        Defendant.
————————————————————X

Case No. (S-1) 16-CR-725 (JPO)

NOTICE OF MOTION

JOSEPH A. BONDY, an attorney duly licensed to practice law before this Court, hereby moves for an Order:

1. Dismissing the Indictment due to selective prosecution;

2. Dismissing the Indictment under the Fifth and Sixth Amendments, due to grand jury defects;

3. Severing Counts;

4. Ordering production of all *Brady* and *Giglio* materials forthwith;

5. Granting Joinder in Co-Defendant's Motions, to the extent not in conflict with Mr. Parnas's defense;

6. Granting Reservation of Rights to being additional motions based upon newly available or discovered evidence;

7. Any such other relief that is necessary and proper.

Dated: New York, New York
       December 1, 2020

*Joseph A. Bondy*
_____
Joseph A. Bondy
*Counsel to Lev Parnas*