**From:** John Dowd <john@johnmdowd.com>
**Date:** October 8, 2019 at 7:06:25 AM EDT
**To:** Jay Sekulow <Sekulow.jay@gmail.com>, Victoria Toensing <vt@digenovatoensing.com>, Rudy Giuliani <JoAnn.Zafonte@giulianipartners.com>, Jane Raskin <jraskin@raskinlaw.com>, Joseph diGenova <jd@digenovatoensing.com>, Kevin Downing <kevindowning@kdowninglaw.com>, "Jon A. Sale" <jon.sale@nelsonmullins.com>, "Martin R. Raskin" <mraskin@raskinlaw.com>, John Dowd <john@johnmdowd.com>

**Subject: Query?**

We are sending a letter to the intel committee to eliminate any doubt that Igor and Lev will appear to answer questions because we are not prepared to do so.

We are tempted to take on a challenge to the legitimacy of the inquiry without all the bells and whistles. It would help to know if the Boss/WH is going to challenge. I hope.

This is a huge opportunity to educate the public about the stupidity of Nancy's folly and the fake WB. By the way McCollough has left the Compass Rose over pangs of conscience regarding the handoff to Schifty. ( not enough to serve the public interest)

Turn the hounds loose! John M Dowd