**Exhibit E-1**

Transcript: Voice Mail Message
Rudy Giuliani to Joseph A. Bondy
(November 1, 2019, at 3:31pm EST)

RG:   Joe, it's Rudy Giuliani. I'm calling, uh, to see if we can talk either about or with Lev. I have my lawyer with me, but you can call me back at [REDACTED]. That's [REDACTED].

*Pause*

That's the soon to be gotten rid of number…

UM:   He's not..UI…

RG:   Lev, Lev…

UM:   Cannabis law…

RG:   Cannabis?

UM:   Yeah. Criminal defense.

RG:   Well maybe that's how they got to him, through that cannabis.

*Pause; open line*

RG:   Lemme try the other number now.