

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   <u>United States v. Parnas, et al.</u>, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

      Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

So ordered.
January 13, 2021

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s Douglas S. Zolkind
      Douglas S. Zolkind
      Assistant United States Attorney
      (212) 637-2418

J. PAUL OETKEN
United States District Judge