UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 19-CR-725 (JPO) |
| LEV PARNAS,<br>IGOR FRUMAN, and<br>ANDREY KUKUSHKIN,<br>            Defendants. | ORDER |

The jury trial in this case is hereby scheduled to commence on **October 4, 2021**, with jury selection beginning at 9:30 a.m.

The Court excludes time through October 4, 2021, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and each of the defendants in a speedy trial, in light of the defendants' expressed need for this additional time to confer with counsel and prepare for trial and the difficulties of doing so during the pandemic.

SO ORDERED.

Dated: February 12, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge