**Joseph**

May 17, 2018, 1:51 PM

On train

Will call when out of tunnel

> K lol I just wired 325,000 let me know you get it sending more in a few weeks from next closing 👍 call me when your out of tunnel

Awesome! Will do

They really need to fix penn station

> Lol

May 18, 2018, 11:22 AM

On another call. Will call right back