The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

March 9, 2021

**(By E-Mail and PACER)**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: United States v. Lev Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

We write to request modification of Mr. Parnas' pre-trial release, from home confinement except for family-care related activities, to a 7:00 pm to 7:00 am curfew, with travel restricted to the SDFL. Mr. Parnas's GPS monitoring and all other terms of his release will remain in place.

*The Government and Mr. Parnas' Pre-Trial Services Officers have no objection to this request.*

Thank you in advance for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy

cc:  All Counsel (PACER)
     USPTOs Joshua Rothman (SDNY)
     Justin Brownlee (SDFL) (by e-mail)

1