THE LAW OFFICES OF

# JOSEPH A. BONDY

JOSEPH A. BONDY

STEPHANIE R. SCHUMAN
(OF COUNSEL)

1776 BROADWAY
SUITE 2000
NEW YORK NY 10019
TEL 212.219.3572
FAX 212.219.8456

josephbondy@mac.com

March 9, 2021

**(By E-Mail and PACER)**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

    We write to request modification of Mr. Parnas' pre-trial release, from home confinement except for family-care related activities, to a 7:00 pm to 7:00 am curfew, with travel restricted to the SDFL. Mr. Parnas's GPS monitoring and all other terms of his release will remain in place.

    *The Government and Mr. Parnas' Pre-Trial Services Officers have no objection to this request.*

    Thank you in advance for consideration of this application.

                          Respectfully submitted,

                          _____/S/_____
                          Joseph A. Bondy

cc:    All Counsel (PACER)
        USPTOs Joshua Rothman (SDNY)
        Justin Brownlee (SDFL) (by e-mail)

> Granted.
> So ordered.
> 3/26/2021

*[Signature]*
J. PAUL OETKEN
United States District Judge

1