UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEV PARNAS,
IGOR FRUMAN, and
ANDREY KUKUSHKIN,
                  Defendants.

19-CR-725 (JPO)

ORDER

The Government is directed to submit to the Court for *in camera* review an unredacted copy of the full email chain containing the disputed email dated September 16, 2018 (USAO_00424240).

SO ORDERED.

Dated: May 5, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge