# THE LAW OFFICES OF
# JOSEPH A. BONDY

JOSEPH A. BONDY                                          1776 BROADWAY
                                                         SUITE 2000
                                                         NEW YORK NY 10019
STEPHANIE R. SCHUMAN                                     TEL 212.219.3572
(OF COUNSEL)                                             FAX 212.219.8456

                                                         josephbondy@mac.com

July 6, 2021

**(By E-Mail and PACER)**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

        Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

    We write to request modification of Mr. Parnas' pre-trial release, to allow him to attend evening synagogue services. Services are held from Sunday to Friday, beginning at 7:30 pm, and on Saturdays one hour before Shabbat ends. Mr. Parnas currently has a 7:00 pm to 7:00 am curfew, with travel restricted to the SDFL. Mr. Parnas's GPS monitoring and all other terms of his release will remain in place.

    *The Government and Mr. Parnas' Pre-Trial Services Officers have no objection to this request.*

    Thank you in advance for consideration of this application.

                              Respectfully submitted,

                              _____/S/_____
                              Joseph A. Bondy

cc:    All Counsel
       USPTOs Joshua Rothman (SDNY)
       Justin Brownlee (SDFL)

> Granted.
> So ordered.
> 7/6/2021

*[Signature]*
J. PAUL OETKEN
United States District Judge