UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 19-CR-725 (JPO) |
| LEV PARNAS, IGOR FRUMAN, and ANDREY KUKUSHKIN, | ORDER |
| Defendants. | |

J. PAUL OETKEN, District Judge:

The joint trial in this case is currently scheduled for October 4, 2021 — a date that was set in February 2021 at the request of Defendants. Defendant Andrey Kukushkin has requested an adjournment of the trial date to October 25, 2021, due to personal scheduling conflicts of his counsel. (Dkt. No. 196.)

The Court informs the parties that, because of scheduled criminal trials involving detained defendants, the Court is unavailable for trial from October 27, 2021, through at least the end of 2021. The parties should take this into consideration in preparing to address scheduling at the upcoming conference on July 22.

SO ORDERED.

Dated: July 20, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge