The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

August 4, 2021

**(By E-Mail and PACER)**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

  We write to request an expansion of Mr. Parnas' nighttime curfew from 7:00 pm to 10:00 pm, to allow him to attend family activities and assist with other parenting and household obligations. Mr. Parnas currently has a 7:00 pm to 7:00 am curfew, with travel restricted to the SDFL. Mr. Parnas's GPS monitoring and all other terms of his release will remain in place.

  *The Government and Mr. Parnas' Pre-Trial Services Officers have no objection to this request.*

  Thank you in advance for consideration of this application.

            Respectfully submitted,

            _____/S/_____
            Joseph A. Bondy

cc:  All Counsel
    USPTOs Joshua Rothman (SDNY)
    Justin Brownlee (SDFL)