UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                        :

LEV PARNAS and                    :
ANDREY KUKUSHKIN,
                                    :

          Defendants.            :

- - - - - - - - - - - - - - - - - - x

**SUPERSEDING INDICTMENT**

S3 19 Cr. 725 (JPO)

## COUNT ONE
(Conspiracy to Make Contributions by a Foreign National)

The Grand Jury charges:

1. From in or about June 2018 through at least in or about April 2019, in the Southern District of New York and elsewhere, LEV PARNAS and ANDREY KUKUSHKIN, the defendants, and others known and unknown, knowingly conspired with each other and with others known and unknown to:

    a. Knowingly and willfully make contributions and donations of money, or express or implied promises to make contributions or donations, directly and indirectly, by a foreign national in connection with federal and State elections, aggregating to $25,000 and more in a calendar year, in violation of Title 52, United States Code, Sections 30121 and 30109(d)(1)(A).

    b. Knowingly and willfully make contributions to candidates for State and federal office, joint fundraising

committees, and independent expenditure committees in the names of other persons, aggregating to $25,000 and more in a calendar year, in violation of Title 52, United States Code, Sections 30122 and 30109(d)(1)(A) & (D).

c. Knowingly defraud the United States by impairing, obstructing, and defeating the lawful functions of a department or agency of the United States; to wit, the function of the Federal Election Commission ("FEC") to administer federal law concerning source and amount restrictions in federal and State elections, including the prohibitions applicable to foreign nationals and straw donors.

2. In furtherance of the conspiracy and to effect its illegal objects, LEV PARNAS and ANDREY KUKUSHKIN, the defendants, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a. On or about September 18, 2018, a foreign national Russian citizen and businessman who, at all relevant times, was not a citizen or lawful permanent resident of the United States ("Foreign National-1") wired $500,000 from a foreign bank account, through the Southern District of New York, to a bank account under the control of Igor Fruman, who was a co-conspirator of PARNAS and KUKUSHKIN, among others, for purposes of making political contributions and donations.

2

b. On or about October 16, 2018, Foreign National-1 wired $500,000 from a foreign bank account, through the Southern District of New York, to a bank account under the control of Igor Fruman, for purposes of making political contributions and donations.

c. On or about November 1, 2018, PARNAS and Fruman used funds wired by Foreign National-1 to make maximum donations to two political candidates for State office in Nevada.

(Title 18, United States Code, Section 371, and Title 52, United States Code, Sections 30121, 30122 and 30109(d)(1)(A) & (D))

COUNT TWO
(Solicitation of a Contribution by a Foreign National)

The Grand Jury further charges:

3. From in or about June 2018 through at least in or about April 2019, in the Southern District of New York and elsewhere, LEV PARNAS, the defendant, knowingly and willfully solicited, and aided and abetted the solicitation of, a foreign national, directly and indirectly, to make contributions and donations of money, and made express and implied promises to make contributions and donations, in connection with federal and State elections, aggregating $25,000 and more in a calendar year.

(Title 52, United States Code, Sections 30121 and 30109(d)(1)(A), and Title 18, United States Code, Section 2)

## COUNT THREE
(Making a Contribution by a Foreign National)

The Grand Jury further charges:

4. From in or about June 2018 through at least in or about April 2019, in the Southern District of New York and elsewhere, LEV PARNAS and ANDREY KUKUSHKIN, the defendants, knowingly and willfully aided and abetted the making of contributions and donations of money, and the making of express and implied promises to make contributions and donations, directly and indirectly, by a foreign national in connection with federal and State elections, aggregating $25,000 and more in a calendar year.

(Title 52, United States Code, Sections 30121 and 30109(d)(1)(A), and Title 18, United States Code, Section 2)

## COUNT FOUR
(Conspiracy to Make Contributions in the Name of Another)

The Grand Jury further charges:

5. From in or about March 2018 through at least in or about November 2018, in the Southern District of New York and elsewhere, LEV PARNAS, the defendant, knowingly conspired with others known and unknown to:

   a. Knowingly and willfully make contributions to candidates for federal office, joint fundraising committees, and independent expenditure committees in the names of other persons,

aggregating to $25,000 and more in a calendar year, in violation of Title 52, United States Code, Sections 30122 and 30109(d)(1)(A) & (D).

b. Knowingly defraud the United States by impairing, obstructing, and defeating the lawful functions of a department or agency of the United States; to wit, the FEC's function to administer federal law concerning source and amount restrictions in federal elections, including the prohibitions applicable to straw donors.

6. In furtherance of the conspiracy and to effect the illegal objects thereof, LEV PARNAS, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a. In or about May 2018, Igor Fruman, and others known and unknown, obtained a private loan, the proceeds of which were used to fund a $325,000 contribution made by PARNAS to a joint fundraising committee ("Committee-1"). PARNAS caused the contribution to Committee-1 to be falsely reported in the name of "Global Energy Producers."

b. In or about June 2018, PARNAS made an $11,000 contribution to a joint fundraising committee ("Committee-2") using funds that belonged to Fruman and another individual.

c. In or about June 2018, PARNAS used a business credit card registered to a credit card account belonging to Fruman and another individual in order to make a maximum $2,700 contribution to the re-election campaign of a then-sitting U.S. Congressman ("Congressman-1").

(Title 18, United States Code, Section 371, and Title 52, United States Code, Sections 30122 and 30109(d)(1)(A) & (D))

COUNT FIVE
(False Statements to the Federal Election Commission)

The Grand Jury further charges:

7. In or about October 2018, in the Southern District of New York and elsewhere, LEV PARNAS, the defendant, willfully and knowingly did make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, PARNAS made materially false statements in an affidavit submitted to the FEC that "a $325,000 contribution to [Committee-1] . . . was made with [Global Energy Producers] funds for [Global Energy Producers] purposes," and that "[Global Energy Producers] is a real business enterprise funded with substantial bona fide capital investment; its major purpose is energy trading, not political activity"; and that a contribution made by PARNAS on or about June 25, 2018 to Congressman-1's campaign for reelection

"was made with a business credit card . . . which [PARNAS] reimbursed."

(Title 18, United States Code, Sections 1001(a)(2) and 2)

COUNT SIX
(Falsification of Records)

The Grand Jury further charges:

8. In or about October 2018, in the Southern District of New York and elsewhere, LEV PARNAS, the defendant, willfully and knowingly did falsify and make a false entry in a record and document with the intent to impede, obstruct, or influence the investigation or proper administration of a matter within the jurisdiction of any department or agency of the United States, and in relation to and in contemplation of any such matter, to wit, PARNAS made materially false statements in an affidavit submitted to the FEC, including that "a $325,000 contribution to [Committee-2] . . . was made with [Global Energy Producers] funds for [Global Energy Producers] purposes," and that "[Global Energy Producers] is a real business enterprise funded with substantial bona fide capital investment; its major purpose is energy trading, not political activity"; and that a contribution made by PARNAS on or about June 25, 2018 to Congressman-1's campaign for reelection "was made with a business credit card . . . which [PARNAS] reimbursed," with the intent to impede, obstruct, or influence the

investigation and proper administration of a matter within the jurisdiction of the FEC.

(Title 18, United States Code, Sections 1519 and 2)

_____
FOREPERSON

_____
AUDREY STRAUSS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LEV PARNAS and
ANDREY KUKUSHKIN,

Defendants.

SUPERSEDING INDICTMENT

S3 19 Cr. 725 (JPO)

Title 18, United States Code,
Sections 371, 1001(a)(2), 1519, and
2 and Title 52, United States Code,
Sections 30121, 30122 and
30109(d)(1)(A) & (D)).

AUDREY STRAUSS
United States Attorney

A TRUE BILL

*Tracy Mitchell*
Foreperson.

8/26/21 Superseding
Indictment filed.

KN Fox
USMJ