UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LEV PARNAS and
ANDREY KUKUSHKIN,

                Defendants.

19-CR-725 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

The jury trial in this case is scheduled to begin with jury selection on Tuesday, October 12, 2021. At the request of defense counsel, and without objection from the Government, the pretrial schedule is amended as follows:

- Motions in limine, requests to charge, and proposed voir dire shall be filed by September 21, 2021.

- Responses to motions in limine shall be filed by September 28, 2021.

- Defendants' witness list, exhibit list, and 26.2 statements shall be produced by September 28, 2021.

- The final pretrial conference will be held on **Tuesday, October 5, 2021, at 2:30 p.m.** Defendants may consent to waive their in-person appearances and appear remotely by telephone.

SO ORDERED.

Dated: September 7, 2021
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge