UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| -v.- | : | S3 19 Cr. 725 (JPO) |
| LEV PARNAS and ANDREY KUKUSHKIN, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the annexed application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling JOSEPH AHEARN to testify and to provide other information in United States v. Lev Parnas and Andrey Kukushkin, S3 19 Cr. 725 (JPO), in the United States District Court for the Southern District of New York, and upon the declaration of Assistant United States Attorney Nicolas Roos, submitted in support thereof; and it appearing that,

1. AHEARN is scheduled to appear as a witness in United States v. Lev Parnas and Andrey Kukushkin; and,

2. It is expected that AHEARN will refuse to testify on the basis of his privilege against self-incrimination; and,

3. It is the judgment of the United States Attorney that the testimony and other information that AHEARN could give in United States v. Lev Parnas and Andrey Kukushkin may be necessary to the public interest; and,

Upon the approval of the aforesaid application by the Department of Justice, by the Assistant Attorney General, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, AHEARN give testimony and provide other information as to all matters about which he may be questioned in <u>United States v. Lev Parnas and Andrey Kukushkin</u>; and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against AHEARN in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

This order shall become effective only if after the date of this Order AHEARN refuses to testify or provide other information on the basis of his privilege against self-incrimination.

_____
THE HONORABLE J. PAUL OETKEN
United States District Judge

Dated: New York, New York
       October 19, 2021