Court Exhibit 5
Verdict Form provided to jury

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEV PARNAS and
ANDREY KUKUSHKIN,

               Defendants.

19 Cr. 725 (JPO)

# VERDICT FORM

PLEASE CHECK YOUR ANSWER AS TO EACH

*All Answers Must Be Unanimous*

### COUNT ONE:
**(Conspiracy to Make Contributions by a Foreign National)**

Lev Parnas:　　　　　　Not Guilty _____　　　Guilty _____

Andrey Kukushkin:　　　Not Guilty _____　　　Guilty _____

### COUNT TWO:
**(Solicitation of a Foreign National)**

Lev Parnas:　　　　　　Not Guilty _____　　　Guilty _____

## COUNT THREE:
**(Aiding and Abetting the Making of Contribution by a Foreign National)**

Lev Parnas:             Not Guilty _____        Guilty _____

Andrey Kukushkin:       Not Guilty _____        Guilty _____

## COUNT FOUR:
**(Conspiracy to Make Contributions in the Name of Another)**

Lev Parnas:             Not Guilty _____        Guilty _____

## COUNT FIVE:
**(False Statements)**

Lev Parnas:             Not Guilty _____        Guilty _____

## COUNT SIX:
**(Falsification of Records)**

Lev Parnas:             Not Guilty _____        Guilty _____

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below and fill in the date and time.*  **The foreperson should then give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.**

_____              _____
     FOREPERSON

_____              _____

_____              _____

_____              _____

_____              _____

Date and Time: _____