UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LEV PARNAS AND
ANDREY KUKUSHKIN,

                    Defendants.

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has received a request to intervene in this case by a nonparty, Towaki Komatsu. Mr. Komatsu has failed to comply with Judge Caproni's September 2, 2021 order, enjoining Mr. Komatsu from "filing any documents in cases to which he is not a party" unless he satisfies certain conditions, including providing a declaration submitted under penalty of perjury stating his legal interest in the matter. *See Butler et al. v. City of New York et al.*, 15-CV-3783, ECF No. 146 (S.D.N.Y. September 2, 2021). Furthermore, Mr. Komatsu has not shown that his constitutional or other federal rights are implicated by the resolution of any motion or issue in this criminal case. Accordingly, his request seeking leave to intervene is denied.

    SO ORDERED.

Dated: October 22, 2021
       New York, New York

                                                _____
                                                    J. PAUL OETKEN
                                               United States District Judge