JUROR 11 HAS
BEEN CHOSEN
AS FOREPERSON

Ct ext
9:53        10/22/21