UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEV PARNAS AND
ANDREY KUKUSHKIN,

                      Defendants.

19-CR-725 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has again received a request to intervene in this criminal case by a nonparty, Towaki Komatsu. Pursuant to Judge Caproni's order, *see Butler et al. v. City of New York et al.*, 15-CV-3783, ECF No. 146 (S.D.N.Y. September 2, 2021), Mr. Komatsu included a declaration submitted under perjury stating his legal interest in the matter with his request to intervene. Nonetheless, Mr. Komatsu's request to intervene is again denied because he has not shown that his constitutional or other federal rights are implicated by the resolution of any motion or issue in this criminal case.

      SO ORDERED.

Dated: October 26, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge