

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     Re:    *United States v. Parnas*, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

     The Government respectfully submits this motion to exclude time under the Speedy Trial Act with respect to Count Seven of the S1 Indictment against defendant Lev Parnas. Time has been automatically excluded by virtue of Parnas's pending post-trial motions. (*See* Tr. 1103-1110; 18 U.S.C. § 3161(h)(1)). On February 12, 2022, however, the thirtieth day since those motions were fully submitted to the Court elapsed, because Parnas filed his reply in support of those motions on January 13, 2022. (Dkt. 295). Because the motion has thus been "actually under advisement by the court" for thirty days, time is no longer automatically excluded. *See* 18 U.S.C. § 3161(h)(1)(H). The Government therefore moves to exclude time under § 3161(h)(7), because resolving the pending motions prior to any trial on the remaining count will allow the parties to more effectively prepare for trial as well as to discuss a possible non-trial resolution of that count. The Government has discussed this motion with counsel for the defendant, and he consents to the exclusion of time.

                                              Respectfully submitted,

                                              Damian Williams
                                              United States Attorney for the
                                              Southern District of New York

                               By: _____/s/_____
                                       Aline R. Flodr
                                       Nicolas Roos
                                       Hagan Scotten
                                       Assistant United States Attorneys
                                       (212) 637-2421

Cc: Counsel for all trial defendants (by ECF)