# The Law Offices Of
# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572

josephbondy@mac.com

March 10, 2022

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

    Re:    United States v. Parnas, et. al., (S-3) 19-cr-725 (JPO)

Dear Judge Oetken:

    We respectfully request that the Court schedule a change of plea hearing for Mr. Parnas on Count Seven of the First Superseding Indictment, which charges him with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, and that Mr. Parnas be allowed to appear via video or teleconference.

    Thank you for consideration of this application.

    Respectfully submitted,

    _____/S/_____
    Joseph A. Bondy
    *Co-counsel to Lev Parnas*

cc:    All Counsel
    (By e-mail)