**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

ANDREY MURAVIEV et al.,

Defendants.

**<u>ORDER</u>**

**S2 19 Cr. 725 (JPO)**

Upon the application of the United States of America by Hagan Scotten, Assistant

United States Attorney, it is hereby ORDERED that the Superseding Indictment in this matter,

S2 19 Cr. 725 (JPO), be unsealed.

Dated:   New York, New York
         March 14, 2022

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE