

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Parnas*, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this motion to exclude time under the Speedy Trial Act with respect to Count Seven of the S1 Indictment against defendant Lev Parnas. The Court's prior exclusion of time expires today. (*See* Dkt. 303). The defendant has requested a hearing at which he intends to plead guilty to Count Seven (*see* Dkt. 309), but a date for that hearing has not yet been docketed. The Government therefore moves to exclude time under § 3161(h)(7) until such date as the Court sets for Parnas's change-of-plea hearing, so that the parties and the Court may complete the contemplated non-trial resolution of Count Seven. Counsel for the defendant has previously indicated to the Government that Parnas consents to the exclusion of time.

> Granted. A change-of-plea hearing is hereby scheduled for March 25, 2022, at 10:00 am and will be held virtually via the Microsoft Teams platform. The Court hereby excludes time through March 25, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> March 16, 2022

Respectfully submitted,

Damian Williams
United States Attorney for the
Southern District of New York

By:    /s/_____
    Aline R. Flodr
    Nicolas Roos
    Hagan Scotten
    Assistant United States Attorneys
    (212) 637-2421

_____
J. PAUL OETKEN
United States District Judge