THE LAW OFFICES OF

# JOSEPH A. BONDY

JOSEPH A. BONDY

STEPHANIE R. SCHUMAN
(OF COUNSEL)

1776 BROADWAY
SUITE 2000
NEW YORK NY 10019
TEL 212.219.3572

JOSEPHBONDY@MAC.COM

April 29, 2022

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

    Re:    <u>United States v. Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

    We write to request that Mr. Parnas's terms of pre-trial supervision be modified to remove his curfew restrictions, while maintaining constant GPS monitoring of his location.

    *Neither the Government nor Pre-Trial Services opposes this application.*

    Thank you for consideration of this application.

> Granted. The curfew component of Mr. Parnas' bail conditions is hereby removed.
> So ordered.
> 4/29/2022

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Co-counsel to Lev Parnas*

J. PAUL OETKEN
United States District Judge