# Exhibit H
# FEC Closure Letter



FEDERAL ELECTION COMMISSION
Washington, DC 20463

June 2, 2022

RE:   MUR 7442

Dear Mr. Parnas:

On July 31, 2018, and June 21, 2019, the Federal Election Commission notified you of a complaint and supplemental complaint, respectively, alleging that you had violated certain sections of the Federal Election Campaign Act of 1971, as amended.

On May 24, 2022, the Commission considered the matter but there were insufficient votes to find reason to believe that you knowingly and willfully violated 52 U.S.C. § 30122. Further, the Commission was equally divided on whether to dismiss the allegations as a matter of prosecutorial discretion. Accordingly, the Commission closed its file in this matter.

Documents related to the case will be placed on the public record within 30 days. *See* Disclosure of Certain Documents in Enforcement and Other Matters, 81 Fed. Reg. 50,702 (Aug. 2, 2016), effective September 1, 2016. One or more Statements of Reasons explaining the Commission's decision will follow.

If you have any questions, please contact Nicholas Bamman, the attorney assigned to this matter, at

Sincerely,



Theodore Lutz
Assistant General Counsel