# The Law Offices Of
# Joseph A. Bondy

Joseph A. Bondy

Stephanie R. Schuman
(Of Counsel)

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572

josephbondy@mac.com

July 26, 2022

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re:     United States v. Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

We write to request modification of Mr. Parnas's terms of release, to remove his electronic monitoring requirement so that he can swim and engage in other water sports with his children prior to surrendering, and to extend his surrender date to September 1, 2022, to allow him to assist his family in moving residences.

The Government does not oppose extending Mr. Parnas's surrender date, but is opposed to removal of electronic monitoring.

We believe that Mr. Parnas's strong record of compliance with the terms of his release and motivation to serve and complete his sentence without incident militate strongly in favor of removal of his monitoring requirement.

Thank you for consideration of this application.

Respectfully submitted,

_____/S/_____
Joseph A. Bondy
*Co-counsel to Lev Parnas*

---

Granted in part and denied in part. Defendant's surrender date is hereby extended to September 1, 2022. Defendant's request for the removal of the electronic monitoring condition of his bail is denied.
So ordered: 7/29/2022

_____
J. PAUL OETKEN
United States District Judge