

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Parnas*, 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to request that the Court unseal its July 29, 2021 opinion and order in the above-captioned case, which discusses a document that was admitted at trial as Government Exhibit 137. Counsel for defendants Lev Parnas and Andrey Kukushkin consent to the Government's request.

> Granted.  This Court's July 29, 2021 opinion and order in this case is hereby unsealed and shall be placed on the public docket.
>   So ordered.
>   8/1/2022

Respectfully submitted,

Damian Williams
United States Attorney for the
Southern District of New York

By: _____/s/_____
    Rebekah Donaleski
    Aline R. Flodr
    Nicolas Roos
    Hagan Scotten
    Assistant United States Attorneys
    (212) 637-2421

_____
J. PAUL OETKEN
United States District Judge

Cc: Counsel for all defendants (by ECF)