UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-CR-725

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEV PARNAS,

    Defendant.
_____/

**TO: ALL COUNSEL AND PARTIES OF RECORD**

**RENEWED MOTION FOR PRO HAC VICE**
**ADMISSION FOR ATTORNEY TONY ANDRE**

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Tony Andre, Esq, Managing Shareholder of Andre Law Firm P.A. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Andre Law Firm P.A. and a member in good standing of the bars of the States of Florida and New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Third Party Intervenor, Pues Family Trust IRA. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  May 4, 2023                        Respectfully submitted,

                                              By:  /s/ *Tony Andre*
                                                 Florida Bar No.: 040587
                                                 NY Bar: 4911968
                                                 ANDRE LAW FIRM P.A.
                                                 1801 N.E. 123rd St Ste 314
                                                 North Miami, FL 33181
                                                 Telephone: (786) 708 0813
                                                 Facsimile: (786) 513 8408
                                                 andre@andrelaw.com