UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-CR-725

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEV PARNAS,

    Defendant.

_____/

## AFFIDAVIT OF TONY ANDRÉ, ESQ., IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

STATE OF FLORIDA    )
                              : ss.
COUNTY OF MIAMI-DADE  )

Before me, the undersigned authority, personally appeared Tony André, Esq., who upon being first duly sworn, deposes and says as follows:

1. I am a partner of Andre Law Firm P.A, and I have practiced law for 15 years.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Florida and New York.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not ever been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.  My Attorney Registration numbers for the bars to which I am a member of are as follows:

Florida: 40587

New York: 4911968

8.  Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 19-CR-725 for third party intervenor, Pues Family Trust IRA.

_____
TONY ANDRÉ, ESQ.

The foregoing instrument was acknowledged before me on the 22nd day of April, 2023 by Tony André, Esq., who is personally known to me and who did take an oath.

_____
Signature of person taking acknowledgement

_____
Name of acknowledger typed, printed, or stamped

___Notary Public___
Title or rank

LOUIS LABROUSSE
Notary Public - State of Florida
Commission # HH 300031
My Comm. Expires Dec 4, 2026
Bonded through National Notary Assn.

2



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Tony Andre

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 24, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 20, 2023.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00115259

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**TONY ANDRE**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **SEPTEMBER 20, 2007**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MAY 1, 2023.

_____
*Clerk of the Supreme Court of Florida*



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )        In Re:   0040587
Tony Andre
Andre Law Firm P.A.
1801 NE 123rd St Ste 314
North Miami, FL 33181-2883

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 20, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  19th  day of **April, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-224955