UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-CR-725

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEV PARNAS,

    Defendant.

_____/

## **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

    The Motion of Tony Andre, Esq. for Motion to Appear Pro Hac Vice in the above captions action is granted.

    Applicant has declared that he is a member in good standing of the bars of the states of Florida and New York, and his contact information is as follows.

Andre Law Firm P.A. 1801 N.E. 123rd St Ste 314 North Miami, FL 33181; 786 708 0813 (phone) 786 513 8408 (fax); info@andrelaw.com;

    Applicant having requested admission Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

    DATED:_____

_____
United States District Judge
