The Law Offices Of

# Joseph A. Bondy

Joseph A. Bondy

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

September 11, 2023

**(By E-Mail and PACER)**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: United States v. Lev Parnas, et. al., 19-cr-725 (JPO)

Dear Judge Oetken:

  Lev Parnas respectfully requests permission to use medical cannabis while on supervised release. Mr. Parnas is a long-standing registered medical cannabis patient in the state of Florida, who was permitted to use cannabis while on Pre-Trial release.

  *I have communicated with the Southern District of Florida Probation Department and AUSA Rebekah Donaleski, neither of whom take a position on this request.*

  Thank you in advance for consideration of this application.

Respectfully submitted,

*Joseph A. Bondy*
_____
Joseph A. Bondy

cc:  USPO Don Grice, SDFl
   AUSA Rebekah Donaleski