# The Law Offices Of
# Joseph A. Bondy

**Joseph A. Bondy**

1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456

josephbondy@mac.com

September 11, 2023

**(By E-Mail and PACER)**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

Re: <u>United States v. Lev Parnas, et. al., 19-cr-725 (JPO)</u>

Dear Judge Oetken:

    Lev Parnas respectfully requests permission to use medical cannabis while on supervised release. Mr. Parnas is a long-standing registered medical cannabis patient in the state of Florida, who was permitted to use cannabis while on Pre-Trial release.

    *I have communicated with the Southern District of Florida Probation Department and AUSA Rebekah Donaleski, neither of whom take a position on this request.*

    Thank you in advance for consideration of this application.

Respectfully submitted,

*Joseph A. Bondy*
_____
Joseph A. Bondy

Granted.
So ordered.
9/11/2023

J. PAUL OETKEN
United States District Judge

1