

1125 N.E. 125th St
Suite 113
North Miami, FL 33161
Phone: 786 708 0813

Facsimile: 786 513 8408

E-Mail: andre@andrelaw.com

Web: www.andrelaw.com

October 16, 2023

Hon. J. Paul Oetken
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**VIA ELECTRONIC SUBMISSION**

*RE: Pues Family Trust IRA as Intervenor in Case No. 19-CR-725 United States of America vs. Lev Parnas; Payment of Settlement of Parnas Bail*

Dear Judge Oetken:

This firm represents Pues Family Trust IRA (the "Trust"). On September 28, 2023, your honor signed the order adopting the stipulation of settlement between the Government and the Trust (D.E. 365). Pursuant to the agreement of my client and my firm for contingent fee representation, the Trust is requesting that the funds earmarked for the Trust be paid to my firm's Trust Account. A form AO213P has been submitted to the clerk's finance department, but I was notified that your approval of this arrangement was needed. I am respectfully requesting this approval.

Sincerely,

/s/ Tony Andre

Tony Andre, Esq.

Approved.
So ordered.
 10/20/2023

cc: Clerk for SDNY
Counsel and Parties of Record

_____
J. PAUL OETKEN
United States District Judge